**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 95-3106**

―――――――――――

MICHAEL S. SOFIDIYA, SR.,

Plaintiff - Appellant,

versus

MARVIN T. RUNYON, JR., Postmaster General,
United States Postal Service,

Defendant - Appellee.

―――――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior District Judge.  (CA-95-527-A)

―――――――――――

Submitted:  June 20, 1996           Decided:  July 9, 1996

―――――――――――

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Michael S. Sofidiya, Sr., Appellant Pro Se.  Theresa Carroll Buchanan, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

―――――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing his complaint against his former employer brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 1994), and the Age Discrimination in Employment Act, 29 U.S.C.A. §§ 621-634 (West 1985 & Supp. 1996). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Sofidiya v. Runyon</u>, No. CA-95-527-A (E.D. Va. Oct. 27, 1995). We deny Appellant's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>